UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------

Yoel Kiss,                                           17-cv-07858 (KMK)

            Plaintiff(s),

  -against-                                         CALENDAR NOTICE

Experian, et al.

            Defendant(s).
-----------------------------------------------------X

Please take notice that the above captioned matter has been scheduled for:

| | | |
|---|---|---|
| ___ Pre-trial Conference | _x_ Status Conference | ___ Oral argument |
| ___ Settlement conference | ___ Plea Hearing | ___ Suppression hearing |
| ___ Rule (16) conference | ___ Final pre-trial conference | ___ Order to Show Cause |
| ___ Telephone Conference | ___ Jury Selection and Trial | |
| ___ Non-Jury Trial | ___ Inquest/Damages | |

before the Honorable Kenneth M. Karas, United States District Judge, on Monday, February 24, 2020 at 12:00 p.m. in Courtroom 521, U. S. District Court, 300 Quarropas Street, White Plains, New York 10601.

Any scheduling difficulties must be brought to the attention of the Court in writing, at least five business days beforehand.

Dated: February 3, 2020
      White Plains, New York

So Ordered

_____
Kenneth M. Karas, U.S.D.J