**EDWARD B. GELLER, ESQ., P.C.**

**15 LANDING WAY**

**BRONX, NEW YORK 10464**

TEL: (914)473-6783  EMAIL: epbh@aol.com

February 20, 2020

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY  10601

**MEMO ENDORSED**

Re: Case No. 7:17-cv-07858-KMK
Yoel Kiss v. J.P. Morgan Chase Bank, Experian, Transunion and Equifax

Dear Judge Karas:

I am Of Counsel to M. Harvey Rephen & Associates, P.C., attorneys for Plaintiff Yoel Kiss in the above matter, which is scheduled for a status conference on February 24, 2020 at 12:00 PM.

A settlement has just been reached with Defendants Experian and Transunion. Equifax and Plaintiff settled some time ago, and J.P. Morgan Chase was dismissed from this matter. Therefore I am requesting that the settlement conference be cancelled.

Thank you for your consideration and attention to this matter.

Very truly yours,
Edward B. Geller
EBG/pw

*[Handwritten endorsement:]* The status conference for 2/24 is cancelled. However, the stipulation of dismissal was marked as deficient by the Clerk of Court because it lacked handwritten signatures. The Parties are instructed to re-upload a compliant stipulation

SO ORDERED
KENNETH M. KARAS/U.S.D.J.
2/21/2020